| | | |
|---|---|---|
| In re: | * | Case No. 16-62113 |
| | * | |
| Mitchell Thomas Bieniek | * | Chapter 13 |
| | * | |
| Cheri Lynn Bieniek | * | Judge Russ Kendig |
| | * | |
| Debtors | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## MOTION TO EXTEND THE AUTOMOATIC STAY PURSUANT TO §362(c)(3)(B) AS TO ALL CREDITORS

Come now the Debtors, by and through the undersigned counsel, to hereby move this Honorable Court to issue an Order extending the automatic stay in the above-referenced Chapter 13 proceeding as to all creditors and, as grounds therefore, states as follows:

1. The Debtor filed for relief under Chapter 13 of the United States Bankruptcy Code in the Northern District of Ohio, Eastern Division, on October 12, 2016.

2. This is a core proceeding.

3. The Debtor had previously filed a Chapter 13 petition, Case No. 14-62592, that was dismissed within twelve (12) months of the filing of the current petition.

4. The Debtor seeks an extension of the automatic stay imposed pursuant to 11 U.S.C. §362(c)(3)(A) as to all creditors until further order of this Court or discharge to effectuate an orderly plan of reorganization pursuant to 11 U.S.C. §362(c)(3)(B).

5. Although the prior case was dismissed, there are changes in circumstances that will allow the Debtor to be successful in his current Chapter 13 Bankruptcy. In the last case Mitchell Bieniek lost his job. Mitchell is now back to work full-time.

6. This change in circumstance shall enable the Debtors to successfully fund this Chapter 13 case.

WHEREFORE, the Debtor prays that this Court enter an Order extending the automatic stay in this proceeding as to all parties in interest until further Order of this Court or discharge and for such other relief as may be just under the circumstances.

Submitted by:
/s/ John R. Bates
John R. Bates #0060151
Attorney for Debtor
436 Fair Ave NW
New Philadelphia OH 44663
Phone: 330-339-0000
Fax: 1-866-379-1162

### NOTICE OF MOTION TO EXTEND THE AUTOMATIC STAY PURSUANT TO § 362 (c)(3)(B) AS TO ALL CREDITORS

John R Bates, Attorney for Debtor(s), has filed papers with the Court for an order to extend the automatic stay past thirty (30) days in the above captioned case.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to approve this motion, or if you want the Court to consider your views on the motion, then on or before October 28, 2016, you or your attorney must file your objections with the court, at:

Clerk of Courts, Ralph Regula, U.S. Courthouse, 401 McKinley Ave SW, Canton, OH 44702

If you mail your objection to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above.

You must also mail a copy to:

John R. Bates, Attorney at Law, 436 Fair Ave NW, New Philadelphia, OH 44663

Toby L. Rosen, Chapter 13 Trustee, Charter One Bank Building, 4th Floor, 400 W. Tuscarawas Street, Canton, OH 44702-2018

If you or your attorney do not take these steps, the court may decide that you do not oppose the motion and may enter an order approving it.

Date: <u>October 13, 2016</u>              <u>/s/ John R. Bates</u>
                                            John R. Bates
                                            Attorney for debtor(s)
                                            436 Fair Ave NW
                                            New Philadelphia OH 44663
                                            Phone: 330-339-0000
                                            Fax: 1-866-379-1162

                    CERTIFICATE OF SERVICE

I hereby certify that the foregoing MOTION TO EXTEND THE AUTOMATIC STAY PURSUANT TO § 362 (c)(3)(B) AS TO ALL CREDITORS and Notice was electronically transmitted on or about October 13, 2016 via the Court's CM/ECF system to the following who are listed on the Court's Electronic Mail Notice List:

   Chapter 13 Trustee, Toby L. Rosen.

I further certify that the following received notice by regular U.S. Mail at the specified address on the date first set forth above:

All creditors on the attached matrix


                                            <u>/s/ John R. Bates</u>
                                            John R. Bates, Attorney for Debtor(s)

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0647-6<br>Case 16-62113-rk<br>Northern District of Ohio<br>Canton<br>Thu Oct 13 10:26:07 EDT 2016 | United States Bankruptcy Court<br>Ralph Regula U.S. Courthouse<br>401 McKinley Avenue SW<br>Canton, OH 44702-1745 | (c)AKRON GENERAL MEDICAL CENTER<br>1 AKRON GENERAL AVE<br>AKRON OH 44307-2463 |
| American infosource<br>San Felipe Plaza<br>5847 San Felipe St #1200<br>Houston TX 77057-3167 | Bloomington Medical Svcs<br>1761 Beall Ave<br>Wooster OH 44691-2342 | CBSC Inc<br>PO Box 2818<br>North Canton OH 44720-0818 |
| Cash Back Payday Loans<br>4650 C East Sunset Rd<br>Henderson NV 89014-2263 | Cash Net 500 com<br>2533 N Carson<br>Carson City NV 89706-0242 | Cbsc Inc<br>6973 Promway Ave Nw<br>North Canton OH 44720-7321 |
| Central Portfolio Control<br>6640 Shady Oak Rd Suite 300<br>Eden Prairie MN 55344-7710 | Century Link<br>PO Box 4300<br>Carol Stream IL 60197-4300 | Citi<br>PO Box 6243<br>Sioux Falls SD 57117-6243 |
| City of Wooster<br>PO Box 291805<br>Dayton OH 45429-0805 | Clear Picture Inc<br>PO Box 1000<br>Massillon OH 44648-1000 | Cleveland Clinic<br>PO Box 931720<br>Cleveland OH 44193-1828 |
| Comenity Bank/Dress Barn<br>Attention: Bankruptcy<br>P O Box 182686<br>Columbus OH 43218-2686 | Comenity Bank/Giant Eagle<br>Attention: Bankruptcy<br>Po Box 182125<br>Columbus OH 43218-2125 | Comenity Bank/ctpr bks<br>4590 E Broad St<br>Columbus OH 43213-1301 |
| Comenitybank/marathon<br>Po Box 182789<br>Columbus OH 43218-2789 | Credit Collection Service<br>Client Services<br>2 Wells Ave Dept 9133<br>Newton Center MA 02459-3225 | David A Sed<br>269 West Main St<br>PO Box 672<br>Ravenna OH 44266-0672 |
| David Sed<br>Po Box 672<br>Ravenna OH 44266-0672 | Debt Recovery Solutions<br>PO Box 1307<br>Mansfield OH 44901-1307 | F S Radiology<br>PO Box 4632<br>Houston TX 77210-4632 |
| Ffcc-clvland<br>24700 Chagrin Blvd Ste 2<br>Cleveland OH 44122-5647 | Fidelity Properties In<br>Po Box 2055<br>Alliance OH 44601-0055 | First Credit<br>PO Box 13283<br>Fairlawn OH 44334-8683 |
| First Federal Credit C<br>24700 Chagrin Blvd Ste 2<br>Cleveland OH 44122-5662 | Gemb/walmart<br>Attn: Bankruptcy<br>Po Box 103104<br>Roswell GA 30076-9104 | Internal Revenue<br>PO Box 7346<br>Philadelphia PA 19101-7346 |

| | | |
|---|---|---|
| JP Recovery Services<br>PO Box 16749<br>Rocky River OH 44116-0749 | James L Blunt<br>445 W Longview Ave<br>Mansfield OH 44903-4155 | Kohls Department Stores<br>PO Box 55126<br>Boston MA 02205-5126 |
| Kohls/capone<br>N56 W 17000 Ridgewood Dr<br>Menomonee Falls WI 53051-7096 | Professional Bureau of Collections<br>PO Box 628<br>Elk Grove CA 95759-0628 | Quantum 3 Group<br>12006 98th Ave NE<br>Suite 200<br>Kirkland WA 98034-4218 |
| Rbc Bank<br>Attn: Bankruptcy<br>Po Box 90248<br>Raleigh NC 27675-0248 | Revenue Recovery Corp<br>PO Box 2698<br>Knoxville TN 37901-2698 | Rise<br>4150 International<br>Fort Worth TX 76109-4892 |
| State of Ohio Department of Taxatio<br>150 East Gay St<br>21st Floor<br>Columbus OH 43215-3191 | Summa Emergency Assoc Inc<br>PO Box 1649<br>Akron OH 44309-1649 | Team<br>PO Box 1643<br>Stow OH 44224-0643 |
| Verizon<br>500 Technology Dr<br>Ste 550<br>Weldon Spring MO 63304-2225 | Wayne County Court of Common Pleas<br>107 West Liberty Street<br>Wooster OH 44691-4850 | Wayne County Municipal Court<br>215 N Grant St<br>Wooster OH 44691-4817 |
| Wayne Savings Community Bank<br>1908 Cleveland Rd<br>Wooster OH 44691-2237 | West Asset Management<br>11808 Miracle Hills Dr<br>Omaha NE 68154-4403 | West Asset Management<br>2703 N Highway 75<br>Sherman TX 75090-2567 |
| Wooster City Services<br>PO Box 1128<br>Wooster OH 44691-7082 | Wooster Community Hospital<br>1761 Beall Ave<br>Wooster OH 44691-2399 | Cheri Lynn Bieniek<br>826 Mindy Lane<br>Wooster, OH 44691-1418 |
| John R. Bates<br>436 Fair Avenue NW<br>New Philadelphia, OH 44663-1904 | Mitchell Thomas Bieniek<br>826 Mindy Lane<br>Wooster, OH 44691-1418 | Toby L. Rosen<br>Toby L. Rosen, Trustee<br>400 W Tuscarawas Street<br>Citizens Bank Bldg. 4th Floor<br>Canton, OH 44702-2044 |

Addresses marked (c) above for the following entity/entities were corrected
as required by the USPS Locatable Address Conversion System (LACS).

Akron General Medical Center
400 Wabash Ave
Akron OH 44307-2433